**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BOBBI JILL CANNELLA | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| BLUE VIEW CORPORATION, DEFAULT | * | COMPLAINT AND |
| ATTORNEY SERVICES, G.P., AND | * | DEMAND FOR A JURY TRIAL |
| SCOTT RUDOLPH | * | |
| DEFENDANTS | * | |

**COMPLAINT**

I. Introduction

1.     This is an action for damages brought by an individual consumer for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.     Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.     Plaintiff, Bobbi Jill Cannella, is a natural person who resides in Livingston Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.     Defendant, Blue View Corporation ("Blue View"), is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in the state of California is Carol Carpenter, 11275 Anything Ct.,#112, San Diego, CA 92131.  Blue View, at all

times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5.      Defendant, Default Attorney Services, G.P. ("DAS"), is a general partnership doing business in the state of Louisiana, and who may be served through Scott Rudolph, 5415 Oberlin Drive, San Diego, CA 92121.  DAS, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

6.      Defendant, Scott Rudolph (hereinafter referred to as "Rudolph") is an attorney at law licensed to practice in California, who is employed by co-defendant DAS. Rudolph, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

7.      In the last year preceding the filing of this action, defendant Blue View mailed or caused to be mailed numerous letters to Ms. Canella demanding payment of a debt allegedly due it in the amount of approximately $31,700.00 by plaintiff.

8.      The alleged debt of approximately $31,700.00 was for the balance allegedly owed by Ms. Cannella for a second mortgage which was primarily for personal, family or household purposes.

9.      These letters threaten to file foreclosure proceedings against Ms. Cannella within a month of each letter.

10.     Ms. Cannella has discharged her personal liability for this mortgage in a Chapter 7 bankruptcy.

11.     These letters contain numerous false, deceptive, and misleading

2

representations to Ms. Cannella in an attempt to collect this alleged debt.

12.    These letters are designed to present a false sense of urgency.

13.    Ms. Cannella also received a letter dated February 4, 2007 from co-defendants DAS and Rudolph.

14.    In this letter, Ms. Cannella is notified that "Foreclosure Action has been initiated against your property."

15.    Ms. Cannella has told defendant Blue View numerous times about the bankruptcy discharge but they continue to threaten to take her home unless she pays this alleged debt in full.

16.    Ms. Cannella has received calls at her place of employment from Blue View and told its employees that she cannot take their calls at work, however, they have ignored her and continued to call her at work.

17.    Blue View has also called her first mortgage company and told it that Blue View was going to foreclose, at which point, the first mortgage company stopped accepting payments from Ms. Cannella.

18.    Ms. Cannella also told Blue View in March 2007 that she was represented by Garth J. Ridge, attorney at law, and they continued to contact her directly afterwards about this alleged debt.

19.    Despite being informed of the bankruptcy discharge on numerous occasions, Blue View told Ms. Cannella that it would seek a deficiency judgment against her if it was not paid in full through a foreclosure.

20.    Blue View also told Ms. Cannella that she could not attempt to sell her home

3

through her own realtor but that she had to use a realtor that it picked for her.

21.     Rudolph is also an employee of Blue View but pretends to be an independent attorney.

22.     Foreclosure proceedings have not been initiated by any of the defendants on plaintiff's property.

## DEFENDANT'S PRACTICES

23.     Defendant Blue View violated numerous provisions of the FDCPA including but not limited to sections 1692c, 1692e, and 1692f.

24.     Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

25.     Defendants DAS and Rudolph violated numerous provisions of the FDCPA including but not limited to sections 1692e and 1692f.

26.     Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendants, Blue View, DAS, and Rudolph:

a.     Additional damages from each defendant;

b.     Actual damages from each defendant;

c.     Attorney fees, litigation expenses and costs; and

d.     Such other and further relief as is appropriate.

4

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com