UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY JILL CANNELLA

VERSUS

BLUE VIEW CORPORATION,
ET AL.

CIVIL ACTION

NO. 07-470-JJB

## ORDER OF DISMISSAL

The court having been advised that this matter has settled;

IT IS ORDERED that this action be and is hereby DISMISSED without prejudice to the right, upon good cause shown, within sixty days, to reopen the case if the aforesaid settlement agreement is not consummated.

Baton Rouge, Louisiana, February 26, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA